UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21cv61652

LYDIA SCHOENFELD,

    Plaintiff,

v.

CCB CREDIT SERVICES, INC.,

    Defendant.

_____/

### **DEFENDANT, CCB CREDIT SERVICES, INC. 'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 3.8, I certify that the instant action:

__X__ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**This action was removed from the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, Case Number COCE-21-040153.**

_____ **IS NOT** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

Dated this **13th day of June 2021.**

                                                      Respectfully submitted,

                                                      */s/ Ernest H. Kohlmyer, III*
                                                      Ernest H. Kohlmyer, III, Esquire
                                                      Florida Bar No.: 110108

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **August 13, 2021**, via the Court Clerk's CM/ECF. I further certify that a copy was furnished to Jibrael S. Hindi, Esquire at jibrael@jibraellaw.com and Thomas J. Patti, Esquire at tom@jibraellaw.com *(Attorneys for Plaintiff)*.

> */s/ Ernest H. Kohlmyer, III*
> Ernest H. Kohlmyer, III, Esquire
> Florida Bar No.: 110108
> skohlmyer@shepardfirm.com
> Shepard, Smith, Kohlmyer & Hand, P.A.
> 2300 Maitland Center Parkway, Suite 100
> Maitland, Florida 32751
> Telephone (407) 622-1772
> Facsimile (407) 622-1884
> *Attorneys for Defendant, CCB Credit Services, Inc.*